1  **VALENTI LAW APC**
2  Matthew D. Valenti, Esq. (SBN 253978)
   E-mail: mattvalenti@valentilawapc.com
3  5252 Balboa Avenue, Suite 700
4  San Diego, California 92117
   Phone: (619) 540-2189
5
6  Attorney for Ahmed Al-kubaisi
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12 | AHMED AL-KUBAISI,              | CERTIFICATION OF CONFLICTS
13 |       Plaintiff,               | AND INTERESTED PARTIES OR
                                    | ENTITIES
14 |   vs.
15 |
16 | A PLUS K; WILLETT LAND
17 | COMPANY, INC.; and DOES 1-10,
18 |
19 |       Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: July 17, 2025

**VALENTI LAW APC**

By: */s/ Matthew D. Valenti*
Matthew D. Valenti, Esq.
Attorney of Record for Plaintiff
Ahmed Al-kubaisi

CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES - 2