Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Ahmed Al-kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>   Plaintiff,<br><br>vs.<br><br><br>A PLUS K; WILLETT LAND COMPANY, INC.; and DOES 1-10,<br><br>   Defendants. | Case No.: 4:25-cv-06041<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Ahmed Al-Kubaisi voluntarily dismisses this action <u>without</u> prejudice as to all Defendants. This case was inadvertently filed in the wrong district and will be refiled in the Eastern District of California.

Respectfully submitted,

DATED: July 18, 2025                    VALENTI LAW APC

                                By:  */s/ Matt Valenti*
                                     Matt Valenti, Esq.
                                     Attorney for Plaintiff
                                     Ahmed Al-Kubaisi