CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:** Matt Valenti
2. **Your Email Address*:** jenn@valentilawapc.com
3. **Receipt Agency Tracking ID for Refund*:** ACANDC-20907183
4. **Transaction Date for Refund*:** 07/17/2025
5. **Transaction Amount to be Refunded*:** $405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:** ACANDC-20907183
7. **Your Phone Number:** 619-540-2355
8. **Full Case Number (if applicable):** 4:25-cv-06041

9. **Fee Type:***
   - [ ] Attorney Admission
   - [✔] Civil Case Filing
   - [ ] Audio Recording
   - [ ] Notice of Appeal
   - [ ] Pro Hac Vice
   - [ ] Writ of Habeas Corpus
   - [ ] Other: _____

10. **Reason for Refund Request*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*
    - [ ] Duplicate Charge
    - [ ] No Fee Required for Filing
    - [✔] Other

    We inadvertently filed this case in the Northen District but it is located in the jurisdiction of the Eastern District. We have filed a Notice of Voluntary Dismissal for this case and have refiled it in the Eastern Distric of California.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY ||
|---|---|
| Refund request: [ ] Approved  [ ] Denied  [ ] Denied — Resubmit amended application (see reason for denial) ||
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |